UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELLI'S INN, INC., a
Michigan corporation,

    Plaintiff,

Case No. 13-14766

v.

Hon. John Corbett O'Meara

STEVEN LELLI'S INN
ON THE GREEN L.L.C. *et al.*,

    Defendants.
_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Stephanie Dawkins Davis's report and recommendation, dated October 24, 2017. Magistrate Judge Davis held an evidentiary hearing and recommends that the court grant in part Plaintiff's motion to enforce the parties' settlement agreement. Both sides submitted objections to the report and recommendation.

With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id. See also Fed.

R. Civ. P. 72(b)(3).

Having conducted a *de novo* review of Magistrate Judge Davis's report and the record, including the evidentiary hearing transcript, the court finds the parties' objections to the magistrate judge's thorough and well-reasoned report to be without merit.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Davis's October 24, 2017 report and recommendation is ADOPTED in its entirety.

IT IS FURTHER ORDERED that liquidated damages are awarded in favor of Plaintiff and against Defendants in the amount of $130,000.

s/John Corbett O'Meara
United States District Judge

Date: December 20, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 20, 2017, using the ECF system.

s/William Barkholz
Case Manager